AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Leroy Ferrell,<br>*Plaintiff*<br>v.<br>John Hamilton Smith, Cir Judge; Norman E. Fogle, Solicitor, and Thomas O. MacGregor, Public Defender,<br>*Defendant* | )<br>)<br>) Civil Action No.    2:13-498-CMC-BM<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Report and Recommendation of Magistrate Judge Bristow Marchant is accepted. This case is dismissed without prejudice and without issuance and service of process. The Plaintiff shall take nothing on his claim filed pursuant to Title 42 U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.

Date:   April 17, 2013

*CLERK OF COURT*

s/H.Hillman
*Signature of Clerk or Deputy Clerk*